CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 15 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Brugh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL D. DAROCHA, | ) |
| Plaintiff, | ) Civil Action No. 7:09-cv-00183 |
| v. | ) **FINAL ORDER** |
| JOHNNY G. GUILLIAMS, | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that this action shall be and hereby is dismissed without prejudice for lack of subject matter jurisdiction, pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Clerk is directed to strike this action from the active docket of the court. The Clerk is further directed to send a certified copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 15th day of May, 2009.

_/s/ Glen E. Conrad_
United States District Judge